TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel:  (408) 317-1100
Fax:  (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
CESAR GONZALEZ MARROQUIN
and VINCENT DE LA TORRE

Dawna J. Cilluffo [231219]
Chelsea K. Dunton [288742]
DC Law, Dawna J. Cilluffo, A Professional Corp.
2005 De La Cruz Blvd., Suite 215
Santa Clara, CA 95050
Tel: (408) 988-7946
Fax: (408) 988-7949
dawna@dclawcorp.com
chelsea@dclawcorp.com

Attorneys for Defendants
ASHRON CONSTRUCTION & RESTORATION, INC.,
EZRA COHEN and U.S. SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASHRON CONSTRUCTION & RESTORATION, INC.; EZRA COHEN; and U.S. SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | Case Number: CV 13-00421 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1

STIPULATION TO CONTINUE

Plaintiffs CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE and Defendants ASHRON CONSTRUCTION & RESTORATION, INC. and EZRA COHEN through their attorneys' of record, hereby stipulate as follows:

1. The Court on July 1, 2013 continued the Initial Case Management Conference with specific instructions to get the case at issue or take defaults. Docket No. 24.
2. Prior to this Order, the parties filed a Joint CMC Statement (Docket No. 19), an Answer as to the Amended Complaint was filed by the Corporate Defendant (Docket 23) as well as Magistrate Consents as to all three Defendants (Docket Nos. 20 to 22).
3. On July 10, 2013, the corporate Defendant, its counsel and Plaintiffs' counsel successfully mediated a lawsuit involving a separate wage and hour dispute in the matter of <u>Emeterio v. Ashron</u> NDCA Case No. 5:12-CV-04296 HRL. While that proceeding is not related to this lawsuit, it nonetheless has created momentum for the parties to focus on trying to resolve this case.
4. The parties seek a continuance of 45 days to hold various meetings to exchange information and if the matter cannot be resolved submit a stipulation to go to Court Sponsored mediation. During this period, the parties will complete their Rule 26 Disclosures which they have already begun.
5. A continuance is also sought to accommodate Defendants' counsel's travel plans to Boston Massachusetts next week due to a death in the family.

SO STIPULATED

   FOR PLAINTIFFS

DATED:       July 24, 2013            By:   /s/ Tomas Margain
                                                                 Tomas E. Margain
                                                                 For Plaintiffs

STIPULATION TO CONTINUE

FOR DEFENDANTS

DATED: July 24, 2013          By: /s/ Dawna J. Cilluffo
                                                                  Dawna J. Cilluffo
                                                                  For Defendants

## ORDER

Based on GOOD CAUSE shown, the initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**SEPTEMBER 1, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.

- Last Day to file ADR Certificate signed by Parties and Counsel.

- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference

- **SEPTEMBER 10, 2013** Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

**SEPTEMBER 17, 2013 at 1:30 pm**

- Initial Case Management Conference in Courtroom 2, 5th Floor, San Jose Courthouse at 1:30 p.m.

IT IS SO ORDERED

DATED: July 25, 2013          By: _____
                                                     HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE