*E-Filed: December 3, 2013*

TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
PHUNG TRUONG, Bar No. 287687
JUSTICE AT WORK LAW GROUP
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel:  (408) 317-1100
Fax:  (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com
Phung@JAWLawGroup.com

Attorneys for Plaintiffs
CESAR GONZALEZ MARROQUIN
and VINCENT DE LA TORRE

Dawna J. Cilluffo [231219]
Chelsea K. Dunton [288742]
DC Law, Dawna J. Cilluffo, A Professional Corp.
2005 De La Cruz Blvd., Suite 215
Santa Clara, CA 95050
Tel: (408) 988-7946
Fax: (408) 988-7949
dawna@dclawcorp.com
chelsea@dclawcorp.com

Attorneys for Defendants
ASHRON CONSTRUCTION & RESTORATION, INC.,
EZRA COHEN and U.S. SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASHRON CONSTRUCTION & RESTORATION, INC.; EZRA COHEN; and U.S. SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | Case Number: CV 13-00421 HRL<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE**;<br>ORDER |

1
STIPULATION TO CONTINUE MEDIATION DEADLINE

Plaintiffs CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE and Defendants ASHRON CONSTRUCTION & RESTORATION, INC. and EZRA COHEN through their attorneys' of record, hereby stipulate as follows:

1. The parties wish to extend the deadline to conduct Court sponsored mediation (Currently December 16, 2013) to accommodate a scheduled January 9, 2014 mediation. No deadlines in the Court's Case Management Scheduling Conference will be disturbed by this stipulation. See Docket 29 CMC Order. Moreover, it will allow the parties enough time to complete discovery by the February 5, 2014 cut off. It will also allow the parties to schedule a Settlement Conference, if the mediation is not successful, well in advance of the April 17, 2014 Pre Trial Conference.

2. On November 4, 2013, the parties and our assigned mediator Claire Cormier, Esq. held our pre-mediating conference. The parties agreed that we need to complete written discovery prior to mediation. Given the late December holidays, it was agreed that January 9, 2014 was the best date for mediation. That would allow the parties almost a month to take depositions if the mediation is not successful. It would also allow the parties to propound additional discovery based on the contents of the first set of written discovery which are being exchanged.

3. The parties request an Order to allow the mediator to occur after the December 16, 2013 presumptive deadline to January 9, 2014.

IT IS SO STIPULATED.

FOR PLAINTIFFS

DATED:   November 8, 2013         By:   *//s// Phung Truong*
                                         Tomas E. Margain
                                         Phung H. Truong
                                         Attorneys for Plaintiffs

2
STIPULATION TO CONTINUE MEDIATION DEADLINE

FOR DEFENDANTS

DATED: November 8, 2013          By: *//s// Dawna Cilluffo*
                                      Dawna J. Cilluffo
                                      Attorney for Defendants

## ORDER

Based on GOOD CAUSE shown, the initial Court Sponsored Mediation deadline is continued to January 9, 2014.

IT IS SO ORDERED.

DATED: 12/3/13          By: _____
                              HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE