*E-Filed: February 5, 2014*

Dawna J. Cilluffo [231219]
Chelsea K. Dunton [288742]
DC Law, Dawna J. Cilluffo, A Professional Corporation
2005 De La Cruz Boulevard, Suite 215
Santa Clara, California 95050
Tel: (408) 988-7946
Fax: (408) 988-7949

Attorneys for Defendants,
Ashron Construction & Restoration, Inc.,
Ezra Cohen, and U.S. Specialty Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE, | ) Case No.:  C13-00421 HRL ) |
| Plaintiffs, | ) **STIPULATION AND [PROPOSED]** ) **ORDER TO CONTINUE FACT** ) **DISCOVERY CUTOFF** |
| v. | ) |
| ASHRON CONSTRUCTION & RESTORATION, INC.: EZRA COHEN; and U.S. SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) ) |

## RECITALS

CESAR GONZALEZ MARROQUIN, VINCENT DE LA TORRE, ASHRON

CONSTRUCTION & RESTORATION, INC., EZRA COHEN, and U.S. SPECIALTY

INSURANCE COMPANY, (collectively referred to herein as the "Parties") hereby stipulate,

through counsel, as follows:

Whereas, the Parties participated in a half day mediation session with Claire Cormier,

Esq. as planned on January 9, 2014.

Whereas, the Parties wish to schedule an additional mediation session with Ms. Cormier

in late February, 2014.

Whereas, fact discovery cutoff in this matter is currently February 5, 2014;

1

Whereas the final Pretrial Conference is set for April 17, 2014.

Whereas, in order to allow time for the Parties to gather additional information and documents to ensure a successful second session of mediation, and in order for said mediation session to be completed prior to the fact discovery cutoff, and to allow the Parties to complete necessary discovery and trial preparations should the additional mediation session fail to resolve this matter, the Parties hereby stipulate as follows:

## STIPULATION

1.      To continue the fact discovery cutoff until March 14, 2014, to allow adequate time after the second mediation session to complete any additional discovery as necessary.

**SO STIPULATED.**

| Dated:  January 31, 2014 | DC LAW |
| --- | --- |
| | By:_____/s/ Chelsea K. Dunton_____<br>        DAWNA J. CILLUFFO<br>        CHELSEA K. DUNTON<br>Attorneys for Defendants, Ashron Construction &<br>Restoration, Inc., Ezra Cohen, and U.S. Specialty<br>Insurance Company |
| Dated:  January 31, 2014 | JUSTICE AT WORK LAW GROUP |
| | By:_____/s/ Tomas Margain____<br>        TOMAS MARGAIN<br>        PHUNG TRUONG<br>Attorneys for Plaintiffs, Cesar Gonzalez Marroquin<br>and Vincent De La Torre |

///
///
///
///
///
///

2

1

## ORDER

2       Based upon the Stipulation of the Parties, and good cause appearing therefore, **IT IS**

3   **HEREBY ORDERED THAT:**

4       1.   The current fact discovery cutoff date of February 5, 2014 is hereby continued to

5   _____March 14_____, 2014;

6   **IT IS SO ORDERED.**

7

8   Dated:  \_February 5, 2014_____ \_\_\_\_

9

10  _____
    HOWARD R. LLOYD
11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUTOFF