*E-Filed: March 7, 2014*

TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
PHUNG TRUONG, Bar No. 287687
JUSTICE AT WORK LAW GROUP
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel:  (408) 317-1100
Fax:  (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com
Phung@JAWLawGroup.com

Attorneys for Plaintiffs
CESAR GONZALEZ MARROQUIN
and VINCENT DE LA TORRE

Dawna J. Cilluffo [231219]
Chelsea K. Dunton [288742]
DC Law, Dawna J. Cilluffo, A Professional Corp.
2005 De La Cruz Blvd., Suite 215
Santa Clara, CA 95050
Tel: (408) 988-7946
Fax: (408) 988-7949
dawna@dclawcorp.com
chelsea@dclawcorp.com

Attorneys for Defendants
ASHRON CONSTRUCTION & RESTORATION, INC.,
EZRA COHEN and U.S. SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE,<br><br>Plaintiffs,<br><br>v.<br><br>ASHRON CONSTRUCTION & RESTORATION, INC.; EZRA COHEN; and U.S. SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Case No.  13-CV-00421 (HRL)<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT** |

Plaintiffs CESAR GONZALEZ MARROQUIN and VINCENT DE LA TORRE and

Defendants ASHRON CONSTRUCTION & RESTORATION, INC.; EZRA COHEN; and U.S.

SPECIALTY INSURANCE COMPANY through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs and Defendants met and conferred regarding potential amendments and revisions to the Complaint in order to facilitate settlement proceedings;

2. WHEREAS, the parties have agreed that Plaintiff may file a Second Amended Complaint, which removes some factual allegations only, a copy of which is attached hereto as Exhibit A.

3. WHEREAS, the parties have agreed that Defendants waive notice and service of the Second Amended Complaint and shall not be required to answer the amendment.

4. WHERAS, the parties agree that this amendment will not necessitate any modifications of deadlines already set by the Court.

NOW THEREFORE, the parties jointly request that the Court grant leave to the Plaintiffs to file the proposed Second Amended Complaint.

IT IS SO STIPULATED.

1  Dated: February 26, 2014

2
3                                          *//s// Phung H. Truong*
                   Tomas E. Margain
4                  Huy Tran
                   Phung H. Truong
5                  JUSTICE AT WORK LAW GROUP
                   Attorneys for Plaintiff
6                  CESAR GONZALEZ MARROQUIN and
                   VINCENT DE LA TORRE

Dated: February 26, 2014

*//s// Chelsea K. Dunton*
Dawna J. Cilluffo
Chelsea K. Dunton
DC LAW
Attorneys for Defendants
ASHRON CONSTRUCTION &
RESTORATION, INC., EZRA COHEN and
U.S. SPECIALTY INSURANCE COMPANY

3                 Case No. 13-CV-00421 (HRL)

STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on GOOD CAUSE shown, leave to file the Second Amended Complaint attached as Exhibit A to the stipulation is hereby granted. Defendants do not need to file an Answer as the Answer on file is deemed the responsive pleading. This amendment shall also not modify any deadlines already set by this Court.

IT IS SO ORDERED.

DATED:   March 7, 2014            By:  _____
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE