*E-Filed: April 1, 2014*

1  Dawna J. Cilluffo [231219]
2  Chelsea K. Dunton [288742]
   DC Law, Dawna J. Cilluffo, A Professional Corporation
3  2005 De La Cruz Boulevard, Suite 215
   Santa Clara, California 95050
4  Tel: (408) 988-7946
   Fax: (408) 988-7949
5
6  Attorneys for Defendants,
   Ashron Construction & Restoration, Inc.,
7  Ezra Cohen, and U.S. Specialty Insurance Company

8
9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN JOSE DIVISION**

12  CESAR GONZALEZ MARROQUIN and          )   Case No.:  C13-00421 HRL
    VINCENT DE LA TORRE,                  )
13                                        )   **STIPULATION AND [PROPOSED]**
                    Plaintiffs,           )   **ORDER TO CONTINUE FINAL**
14                                        )   **PRETRIAL CONFERENCE**
            v.                            )
15                                        )
    ASHRON CONSTRUCTION &                 )
16  RESTORATION, INC.: EZRA COHEN; and    )
    U.S. SPECIALTY INSURANCE COMPANY,     )
17                                        )
                    Defendants.           )
18  _____ )

19                        **RECITALS**

20        Plaintiffs, CESAR GONZALEZ MARROQUIN, VINCENT DE LA TORRE, and

21  Defendants, ASHRON CONSTRUCTION & RESTORATION, INC., EZRA COHEN, and U.S.

22  SPECIALTY INSURANCE COMPANY, (collectively referred to herein as the "Parties")

23  hereby stipulate, through counsel, as follows:

24        Whereas, the Parties participated in a mediation session with Claire Cormier, Esq. as

25  planned on January 9, 2014.

26        Whereas, the Parties continue to confer and remain hopeful that ongoing settlement

27  discussions will resolve this matter.

28

                                        1

Whereas, the Parties have arranged to hold the Mandatory Settlement Conference with Judge Grewal on April 7, 2014, commencing at 10:00 a.m.  In order to allow time for the Parties to adequately prepare for a successful settlement conference, and in order for said settlement conference to be completed prior to the cutoff dates for pretrial preparation mandated by Magistrate Judge Howard R. Lloyd's Standing Order re: Pretrial Preparation, by which the Parties would need everything complete on or before April 2, 2014, and thus to allow the Parties adequate time to complete necessary trial preparations should the settlement conference fail to resolve this matter, the Parties hereby stipulate as follows:

## STIPULATION

1.      To continue the Final Pretrial Conference for thirty (30) days until on or about May 17, 2014, depending upon Judge Lloyd's preference, to allow adequate time to prepare for and participate in a meaningful Settlement Conference with Judge Grewal on April 7, 2014, and then undertake necessary trial preparations shortly thereafter, should the Settlement Conference be unsuccessful.

**SO STIPULATED.**

| Dated:  March  _25_, 2014 | DC LAW<br><br><br>By:_____/s/ Chelsea K. Dunton_____<br>        DAWNA J. CILLUFFO<br>        CHELSEA K. DUNTON<br>Attorneys for Defendants, Ashron Construction & Restoration, Inc., Ezra Cohen, and U.S. Specialty Insurance Company |
|---|---|
| Dated:  March 25, 2014 | JUSTICE AT WORK LAW GROUP<br><br><br>By:_____//s//  Phung H. Truong_____<br>        TOMAS MARGAIN<br>        PHUNG TRUONG<br>Attorneys for Plaintiffs, Cesar Gonzalez Marroquin and Vincent De La Torre |

///

///

2

1

## ORDER

2      Based upon the Stipulation of the Parties, and good cause appearing therefore, **IT IS**

3   **HEREBY ORDERED THAT:**

4          1.   The current Final Pretrial Conference date of April 17, 2014 is hereby continued

5              to _____May 29_____, 2014;

6      **IT IS SO ORDERED.**

7

8   Dated: April 1, 2014

9

10                                    _____
                                        HOWARD R. LLOYD
11                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE